# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00777-CV

**Nicolas A. Salomon, Appellant**

**v.**

**Kroenke Sports & Entertainment, LLC; Outdoor Channel Holdings, Inc.; Skycam, LLC; and Cablecam, LLC, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-002424, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This appeal was abated pending resolution of related proceedings. The parties have filed an agreed motion to lift the abatement, reinstate the appeal, and dismiss the appeal because they have reached a settlement resolving all claims. *See* Tex. R. App. P. 42.1(a)(2). The motion is granted.

We reinstate and dismiss the appeal.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellant's Motion

Filed: July 26, 2024